

# Fourth Court of Appeals
## San Antonio, Texas

July 24, 2015

No. 04-15-00416-CV

**IN THE INTEREST OF A.H., A.H., AND A.H.,**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00033
Honorable Brenda Chapman, Judge Presiding

# O R D E R

      In this accelerated appeal of an order terminating parental rights, the reporter's record was due to be filed with this court on July 17, 2015. *See* TEX. R. APP. P. 35.1(b). On July 21, 2015, court reporter Delcine M. Benavides filed a notification of late record. She requested a ten-day extension of time to file the reporter's record until July 27, 2015.

      The court reporter's request is GRANTED. The reporter's record is due to be filed on July 27, 2015. *See id.* R. 35.3(c) (limiting an extension in an accelerated appeal to ten days).

_____
Patricia O. Alvarez, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court